# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Triton Systems, Inc. ) | ASBCA No. 59112 |
| ) | |
| Under Contract No. N61331-10-C-0013 ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Ross Haghighat
    CEO

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
    Navy Chief Trial Attorney
    James T. Shepherd, Esq.
    Julio Ocampo, Esq.
    Trial Attorneys
    Naval Surface Warfare Center
    Panama City, FL

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 28 May 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59112, Appeal of Triton Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals